396 A.2d 51

Commonwealth v. Michael R. Smith, Appellant.

Submitted March 20, 1978. Frank P. Mincarelli, for appellant; D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and CERCONE and SPAETH, JJ., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.